IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ADRIAN JACKSON
also known as
Blackjack,

  Defendant.

CRIMINAL FILE NO.
1:16-CR-145-8-TWT

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1155] of the Magistrate Judge recommending denying the Defendant's Motion for Bill of Particulars [Doc. 735], Motion to Suppress [Doc. 736], Motion to Suppress Statements [Doc. 750] and Motion for Disclosure of Confidential Informants [Doc. 1037].

I will not simply repeat the analysis of the thorough and well-reasoned Report and Recommendation. The Court agrees with the credibility findings of the Magistrate Judge with repect to Chaunda Jackson. Ms. Jackson voluntarily consented to the search of the vehicle. The protective sweep, if illegal, did not taint Ms. Jackson's consent. For the reasons given by the Magistrate Judge, the rule of Georgia v.

Randolph does not apply. The Government has adequately responded to the Defendant's Motion for a Bill of Particulars. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Bill of Particulars [Doc. 735], Motion to Suppress [Doc. 736], Motion to Suppress Statements[1] [Doc. 750] and Motion for Disclosure of Confidential Informants [Doc. 1037] are DENIED.

SO ORDERED, this 11 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

---

[1] The portion of the motion alleging a Miranda violation is deferred until trial.